# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 18-271-1 |
| | : | |
| **JAMES FRANKLIN HILL** | : | |

# ORDER

**AND NOW**, this 31st day of July 2020, upon considering the Defendant's *pro se* Motion for compassionate release (ECF Doc. No. 61), counseled Motion for compassionate release (ECF Doc. No. 66), the United States' Response (ECF Doc. No. 67), the medical records under seal (ECF Doc. No. 64), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendant's Motions (ECF Doc. Nos. 61, 66) are **DENIED**.

                                                                                            _____
                                                                                            **KEARNEY, J.**