# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 18-271-1** |
| | : | |
| **JAMES FRANKLIN HILL** | : | |

## ORDER

**AND NOW**, this 13th day of August 2020, upon considering Defendant's Motion for reconsideration (ECF Doc. No. 70) of our July 30, 2020 Order (ECF Doc. No. 69), the United States' Response (ECF Doc. No. 71), Defendant's Reply (ECF Doc. No. 72), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for reconsideration (ECF Doc. No. 70) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**KEARNEY, J.**